In the Matter of the Construction of the Will of PATRICK A. POWERS, Deceased. PAULINE M. O'MALLEY, as Executrix of DAVID A. O'MALLEY, Deceased, Appellant; GLEN BEHYMER, as Executor of PATRICK A. POWERS, Deceased, et al., Respondents.

Submitted April 2, 1951; decided April 12, 1951.

*Arthur W. Siegrist* for motion.
*James N. Vaughan* and *Philip Herman* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.

JOHN M. KELLY, Appellant, *v.* CITY OF NEW YORK et al., Defendants, and WILLIAM F. MORGAN, JR., Respondent.

Submitted April 2, 1951; decided April 12, 1951.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 589.]